Opinion by Willson, J.

## GALVESTON, HOUSTON & SAN ANTONIO R. R. COMPANY VS. WARE.

Appeal from Kinney county.

*Certiorari.*---Where several suits between the same parties have proceeded to judgment in the court of a justice of the peace, a writ of *certiorari* is not available to consolidate them into one suit and bring it to the county court for trial *de novo. A foriori* this rule ob-

tains when one or more of the judgments in the justice's court are for amounts not within the jurisdiction of the county court.

Opinion by Willson, J.